UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| REX MOORE and DEANNA MOORE | ) | |
| | ) | |
| Plaintiffs, | ) | 3:24-CV-00196-DCLC-DCP |
| | ) | |
| vs. | ) | |
| | ) | |
| KNOX COUNTY, TENNESSEE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the Court to consider the Report and Recommendation ("R&R") of the United States Magistrate Judge [Doc. 17]. In the R&R, the magistrate judge granted Plaintiff's[1] application to proceed *in forma pauperis*, but recommends that the District Court dismiss Plaintiffs' Complaint. [*Id.*]. The parties did not file objections to the R&R.[2] *See* Fed.R.Civ.P. 72(b).

After thorough consideration of the R&R and the record as a whole, the Court finds that the R&R properly analyzes the issues presented. For the reasons set out in the R&R, which are incorporated by reference herein, it is hereby **ORDERED** that the R&R [Doc. 17] is **ADOPTED**, and Plaintiff's Complaint [Doc. 1] is hereby **DISMISSED**. A separate judgment shall enter.

**SO ORDERED:**

s/ Clifton L. Corker
United States District Judge

---

[1] The Court refers only to Plaintiff Rex Moore because—as the magistrate judge explained—Deanna Moore was not included in the original caption and did not sign the complaint nor file an application to proceed *in forma pauperis* even after an opportunity to do so. [Doc. 17, pg. 1 n. 2].

[2] Failure to file objections within the 14-day period pursuant to Rule 72(b) results in waiver of the right to appeal the Court's order. *Thomas v. Arn*, 474 U.S. 140, 153-54 (1985).